UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NATIONAL LIABILITY & FIRE INS. CO.,     :
                                        :
            Plaintiff,                  :    09 Civ. 4606 (WHP)
                                        :
    -against-                           :    SCHEDULING ORDER
                                        :
C.H. ROBINSON WORLDWIDE, INC.,          :
                                        :
            Defendant.                  :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for a conference on August 7, 2009, the following schedule is established on consent:

1. All discovery shall be complete by December 31, 2009;

2. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by January 29, 2010; and

3. The Court will hold a final pre-trial conference on February 5, 2010 at 10:30 a.m.

Dated:  August 7, 2009
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

James J. Ruddy, Esq.
McDermott & Radzik, LLP
Wall Street Plaza
88 Pine Street, 21st Flr.
New York, NY 10005-1801
*Counsel for Plaintiff*

Barry Neil Gutterman, Esq.
Barry N Gutterman & Associates, P.C
The Lincoln Building
60 East 42nd Street
46th Floor
New York, NY 10165
*Counsel for Defendant*